UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUVONTE T. HUFF,

   Plaintiff,

v.                                                      Case No. 3:21cv727-LC-HTC

ESCAMBIA COUNTY JAIL,
OFFICIAL INIGUEZ,
OFFICIAL BIERMAN,

   Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 30, 2021 (ECF No. 9). Efforts have been made to furnish a copy of the Report and Recommendation to the Plaintiff and to afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2. This case is DISMISSED for failure to prosecute and failure to comply with a Court order.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 29th day of July, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv727-LC-HTC